ARTHUR LEVINE, as Surviving Executor, etc., of MORRY LEVINE, Deceased, v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA ROONEY v. MARY S. WITHERBEE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JAMES YOUNG v. RKO PATHE PICTURES, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RUDOLPH SCHWARTZ, as Assignee for the Benefit of Creditors of FRANK JACOBS, INC., v. STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SELENA L. BLOCH and Others, as Executors, etc., of BERT K. BLOCH, Deceased, v. THE FRANKFORT DISTILLERY, INCORPORATED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

THOMAS BRADLEY v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ALPREN BROTHERS CORPORATION v. GALEY & LORD, INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Petition of HAROLD A. CONTENT, as One of the Executors, etc., of ELSA C. MILLIKEN, Deceased, for a Construction of the Last Will and Testament of WILLIAM CARROLL, Deceased. PAUL ALLAN CURTIS and RALPH C. CARROLL. GRACE CARROLL and CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustees. RALPH C. CARROLL, JR., and Others, Infants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BERTHA M. KATENKAMP (Formerly BERTHA K. HAMMERSCHLAG) v. MARY LOUISE TOWNSEND and Others; WILLIAM E. HUTTON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants-appellants Mary Louise Townsend and others filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.